# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2014

Robert P. Young, Jr.,
Chief Justice

146802(10)(11)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

IN THE MATTER OF

HONORABLE BRUCE U. MORROW                    SC: 146802
3rd JUDICIAL CIRCUIT COURT                   JTC Formal Complaint 92

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

      On order of the Chief Justice, the motions of the National Lawyers Guild, Michigan/Detroit Chapter of the National Lawyers Guild, Criminal Defense Attorneys of Michigan, and Wayne County Criminal Defense Bar Association for immediate consideration and leave to file an amicus curiae brief are GRANTED. The amicus brief submitted on March 4, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2014



Clerk